## LAW OFFICES OF
# RILEY & RILEY

| | | |
|---|---|---|
| THE WASHINGTON HOUSE | (609) 914-0300 | BY APPOINTMENT |
| 100 High Street, Suite 302 | (609) 914-0323 FAX | 1616 Pacific Avenue, Suite 305 |
| Mount Holly, NJ  08060 | | Atlantic City, NJ  08401 |

Michael E. Riley
Tracy L. Riley
Rachel M. Conte
Sarah Brewer-Clarius, Of Counsel

July 12, 2017

Via Electronic Filing
Honorable Robert B. Kugler
United States District Judge
Mitchell Cohen Courthouse
Fourth and Cooper Street
1 John F. Gerry Plaza
Camden, New Jersey 08102

      Re:    **United States v. Nicodemo S. Scarfo, et al.**
               **Criminal No. 11-740 (RBK)**

Dear Judge Kugler:

      Please consider this letter as a formal request on behalf of defendant, Nicodemo S. Scarfo for a continuance of the hearing scheduled for tomorrow. Unfortunately, undersigned counsel is currently attached in a murder trial in Camden, New Jersey.  I apologize for the late request - it was my hope that jury selection would be completed by today, which would have ensured my appearance tomorrow before your Honor.  However, given the slow progress and the late hour, it is now clear that there is no way that I will be available tomorrow.  The aforementioned trial is reasonably expected to last a total of three (3) weeks.  Accordingly, I respectfully seek a four (4) week adjournment of the proceedings.

      Thank you for your time and attention regarding these issues and also your help in accommodating defense counsel with the above-mentioned requests.

                                   Respectfully submitted,

                                     LAW OFFICES OF RILEY & RILEY

                                   /s/_____
                                   Michael E. Riley, Esquire
                                   *Counsel for the Defendant*

MER/sbc
cc:      All Counsel via ECF